## WALKER v. WALKER.

EVANS, P. J.   The judge did not abuse his discretion in refusing to grant a new trial.

*Judgment affirmed. Beck, J., absent. The other Justices concur.*

SEPTEMBER 22, 1911.

Divorce.   Before Judge Ellis.   Fulton superior court.   November 5, 1910.

*W. R. Hammond,* for plaintiff in error.   *E. H. Frazer,* contra.